UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MR. SAMIR HUSSAIN<br>11835 S.W. Ridgecrest Drive, Apt. #20<br>Beaverton, Oregon 97008,<br><br>      Plaintiff<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY<br>Washington, D.C. 20528,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-1633 (PLF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Oliver W. McDaniel, Assistant United States Attorney, as counsel of record for the U.S. Department of Homeland Security in the above-captioned case.

                Respectfully submitted,

                JEFFREY A. TAYLOR
                UNITED STATES ATTORNEY
                D.C. BAR NUMBER 498-610


    By:        /s/        
       OLIVER W. McDANIEL, D.C. Bar No. 377-360
       Assistant United States Attorney
       Civil Division
       555 4th Street, N.W.
       Washington, D.C. 20530
       (202) 616-0739

**CERTIFICATE OF SERVICE**

      I hereby certify that, on this 10th day of October, 2007, I caused the foregoing Notice of Appearance to be served on Counsel for the Plaintiff by the Electronic Case Filing system or, if this means fails, then by U.S. mail, postage prepaid, addressed as follows:

Charles D. Tobin, Esquire
Holland & Knight, L.L.P.
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C.  20006-1816

                                                    /s/
                                    OLIVER W. McDANIEL, D.C. Bar No. 377-360
                                    Assistant United States Attorney
                                    Civil Division
                                    555 4th Street, N.W.
                                    Washington, D.C.  20530
                                    (202) 616-0739