UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MR. SAMIR HUSSAIN, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 07-1633 (PLF) |
| | ) |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE AN ANSWER OR OTHER RESPONSE TO THE COMPLAINT

Defendant, through counsel, the United States Attorney for the District of Columbia, in the above-captioned case, hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time within which to file a response to the Complaint, from October 19, 2007, up to and including November 15, 2007. Counsel for Plaintiff, Danica Kubrick, has graciously consented to this extension. As grounds for this motion, Defendant submits the following:

Counsel for Defendant needs additional time in order to obtain more information from the agency. Moreover, Counsel for the Defendant's demanding litigation schedule also necessitates this request for an extension of time to draft the motion. Specifically, Counsel for the Defendant has several substantial filings in the District Court during the upcoming weeks: (1) a response to a Complaint in Hewitt v. Rice, 07-1097 (RWR) due on October 16, 2007, (2) a reply memorandum in Golson v. U.S. Dep't of Justice, 04-1935 (EGS) due on October 17, 2007, (3) a Status Report due on October 17, 2007 in Kriesch v. Connor, 05-2402 (RMC), (4) a reply memorandum in Negley v.

Federal Bureau of Investigation, 03-2126 (GK) due on October 19, 2007. In addition, Counsel for Defendant has had to file several discovery motions in Obrycki v. Perry, 05-0857 (RWR) during the past week and this week. Moreover, Counsel must oppose a motion for a temporary restraining order in Terry Metcalf, et al. v. Donald C. Winter, et al., C.A. No. 07-1839 (RMC). Counsel for Defendant is also involved in ongoing mediation efforts in Kriesch v. Connor, 05-2402 (RMC). Counsel must as well present oral argument in the U.S. Court of Appeals for the District of Columbia Circuit in Canadian Commercial v. U.S. Dep't of Air Force, No. 06-5310 on October 25, 2007. These and other personal and professional responsibilities of Counsel for the Defendant necessitate this requested extension minimally until November 15, 2007.

WHEREFORE, Defendant submits that this motion for an extension of time up to and including November 15, 2007, to file a response to the Complaint should be granted.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NUMBER 498-610

By:         /s/
OLIVER W. MCDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739

Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that, on this 11th day of October, 2007, I caused the foregoing **Defendant's Consent Motion for an Extension of Time to File an Answer or Other Response to the Complaint** to be served on Counsel for the Plaintiff by the Electronic Case Filing system or, if this means fails, then by U.S. mail, postage prepaid, addressed as follows:

Charles D. Tobin, Esquire
Holland & Knight, L.L.P.
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006-1816

_____/s/_____
OLIVER W. MCDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 616-0739

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MR. SAMIR HUSSAIN,** ) | |
| ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | Civil Action No. 07-1633 (PLF) |
| ) | |
| **UNITED STATES DEPARTMENT OF** ) | |
| **HOMELAND SECURITY,** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**ORDER**

Upon consideration of Defendant's Consent Motion for an Extension of Time to File an Answer or Other Response to the Complaint, and the entire record of this case, it is hereby

ORDERED that Defendant's Consent Motion for an Extension of Time to File an Answer or Other Response to the Complaint be GRANTED, and it is

FURTHER ORDERED that, Defendant shall have up to and including November 15, 2007, to file an Answer or other response to the Complaint.

Date this _____ day of _____, 2007.

_____
United States District Judge

Copies to:

Oliver W. McDaniel,
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

Charles D. Tobin, Esquire
Holland & Knight, L.L.P.
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006-1816