UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SAMIR HUSSAIN,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 07-1633 (PLF)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO FILE
A MOTION FOR SUMMARY JUDGMENT**

Defendant, United States Department of Homeland Security ("DHS"), respectfully requests an extension of time of 45 days to, and including, February 14, 2008, to file a motion for summary judgment in this case, which arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended. Defendant's motion is currently due on December 31, 2007, pursuant to the Court's Order dated November 8, 2007 (Document 5). This is Defendant's first request for an enlargement of the deadline to file a dispositive motion. Undersigned counsel advised Charles D. Tobin, Esquire, Plaintiff's counsel, of this request, and Mr. Tobin indicated that he opposed it. Defendant submits that good cause for the requested enlargement exists under Fed. R. Civ. P. 6(b). As grounds for this motion, Defendant submits the following:

1. In the Complaint filed in this case on September 14, 2007 (Document 1), Plaintiff, a non-United States citizen, challenges DHS's response to Plaintiff's FOIA request for any DHS records relating to his July 24, 2003 arrest by border patrol agents in Fort Lauderdale, Florida, and his subsequent detention. Defendant filed an answer on November 2, 2007 (Document 4), and the Court entered an Order on November 8, 2007 (Document 5), setting a December 31, 2007 deadline

for Defendant to file a motion for summary judgment. The Court noted in its November 8, 2007 Order that "[FOIA] cases invariably are decided by motion."

2. This enlargement is required due, in part, to the press of cases assigned to undersigned counsel, who transferred to the Civil Division in November 2007, and counsel's need to confer and consult with a large number of agency counsel during the holiday season. Specifically, the instant matter was reassigned to undersigned counsel after Defendant filed an answer. Undersigned counsel, who entered an appearance as new counsel for Defendant on November 28, 2007 (Document 6), needs additional time to confer and consult with DHS counsel, Eric N. Banks, who has been on leave since December 7, 2007, and will not be back until January 8, 2007.

3. Moreover, undersigned counsel's demanding litigation schedule also necessitates this request for an enlargement of time to draft the motion for summary judgment. Since transferring to the Civil Division less than two months ago, undersigned counsel has been assigned a number of active matters with immediate deadlines. Specifically, counsel was assigned to handle a motion for a preliminary injunction in <u>Boardley v. U.S. Department of Interior</u>, Civil Action No. 07-01986 (JR), a motion for a temporary restraining order in <u>St. Bernard Housing Recovery & Development Corp. v. U.S. Department of Housing and Urban Development</u>, Civil Action No. 07-2231 (RWR) (jointly handled with DOJ/Federal Programs Branch), and a third emergency matter, which was resolved short of litigation. Counsel has also been assigned several cases with scheduled depositions.

4. Furthermore, in addition to the instant case, undersigned counsel has been assigned 9 other cases, including a number of FOIA matters, with deadlines for filing dispositive motions falling between December 21, 2007, and January 8, 2008. Undersigned counsel has made extensive efforts to consult and confer with the various agency counsel in these cases to meet the pending deadlines; however, counsel will require enlargements of time in several of the cases, including the

instant case, and is attempting to stagger response deadlines in order to avoid additional requests for enlargements of time. The other cases include <u>Wiesner v. Federal Bureau of Investigation</u>, Civil Action No. 07-1599 (RBW) (motion to dismiss or, in the alternative, for summary judgment, was filed on December 21, 2007); <u>Brown v. Federal Bureau of Investigation</u>, Civil Action No. 07-1931 (RWR) (answer or response to complaint due on December 30, 2007); <u>Thompson v. EOUSA</u>, Civil Action No. 07-1848 (RMU) (answer or response to complaint due on December 30, 2007); <u>Antonelli v. United States Parole Commission</u>, Civil Action No. 07-1932 (CKK) (answer or response to complaint due on December 31, 2007); <u>Miller v. Rosenker</u>, Civil Action No. 07-1832 (GK) (answer or response to complaint due on December 31, 2007); <u>Harrison v. Bureau of Prisons</u>, Civil Action No. 07-1543 (answer or response due on December 31, 2007); <u>Lardner v. Federal Bureau of Investigation</u>, 03-874 (HKK) (motion for summary judgment due on January 4, 2008); <u>Boardley v. U.S. Department of Interior</u>, Civil Action No. 07-1986 (JR) (answer or response due on January 7, 2008); and <u>Marks v. Torres</u>, Civil Action No. 07-1660 (EGS) (answer or response due on January 8, 2008) . The <u>Lardner</u> case, another FOIA case which was also reassigned to undersigned counsel for purposes of filing a dispositive motion, involves the FBI review of 60,000 pages of documents responsive records, and <u>Vaughn</u> declarations totaling almost 200 pages. Given the magnitude of the disclosures in the <u>Lardner</u> case, undersigned counsel expects to file a consent motion for an enlargement of time in that case.

    5.    Undersigned counsel will also be on leave, and out of town between December 31, 2007 and January 3, 2008 (the only holiday leave scheduled this year).

WHEREFORE, Defendant respectfully requests an enlargement of time of 45 days to file a motion for summary judgment in this case.

Respectfully submitted,

  /s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

  /s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

  /s/
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division, E-4806
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMIR HUSSAIN,  )<br>  )<br>            Plaintiff,  )<br>  )  Civil Action No. 07-1633 (PLF)<br>       v.  )<br>  )<br>UNITED STATES DEPARTMENT OF  )<br>HOMELAND SECURITY,  )<br>  )<br>            Defendant.  )<br>  ) | |

### ORDER

Upon Consideration of Defendant's Motion for an Extension of Time to File a Motion for Summary Judgment, for good cause shown, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that Defendant shall file a motion for summary judgment by February 14, 2008, Plaintiff shall file an opposition by _____, and Defendant shall file a reply by _____.

It is **SO ORDERED** this _____ day of December, 2007.


PAUL L. FRIEDMAN
United States District Judge