UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMIR HUSSAIN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 07-1633 (PLF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S EMERGENCY MOTION FOR AN EXTENSION OF TIME TO FILE
A MOTION FOR SUMMARY JUDGMENT**

Defendant, United States Department of Homeland Security ("DHS"), respectfully requests an emergency extension of time of six days to, and including, February 20, 2008, to file a motion for summary judgment in this case, which arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended. This request for an enlargement of time is beyond the Court's deadline. Defendant's motion is currently due on February 14, 2008, pursuant to the Court's Order dated January 4, 2008. This is defendant's second request for an enlargement of the deadline to file a dispositive motion due to an illness of defendant's counsel. Defendant's counsel has advised plaintiff's counsel, of this request, and he is unopposed to this motion. Defendant submits that good cause for the requested enlargement exists under Fed. R. Civ. P. 6(b). As grounds for this motion, Defendant submits the following:

Defendant's counsel had all intension of filing defendants motion for summary judgment by the due date. Unfortunately, defendant's counsel had to leave his office on Tuesday due to illness. Because of the severity of his illness (flu), defendant's counsel does not expect to return to his office until February 19, 2008.

WHEREFORE, Defendant respectfully requests an emergency enlargement of time of six days to file a motion for summary judgment in this case.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division, E-4806
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMIR HUSSAIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>HOMELAND SECURITY, )<br>)<br>Defendant. )<br>) | Civil Action No. 07-1633 (PLF) |

## ORDER

Upon Consideration of Defendant's Emergency Motion for an Extension of Time to File a Motion for Summary Judgment, for good cause shown, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that Defendant shall file a motion for summary judgment by February 20, 2008, Plaintiff shall file an opposition by _____, and Defendant shall file a reply by _____.

It is **SO ORDERED** this _____ day of February, 2008.

_____
PAUL L. FRIEDMAN
United States District Judge