UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SAMIR HUSSAIN,<br><br>               Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY,<br><br>               Defendant. | Civil Action No. 07-1633 (PLF) |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME
WITHIN WHICH TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT**

Plaintiff respectfully moves for a forty-five (45) day extension of time until April 16, 2008, within which to respond to Defendant's Motion for Summary Judgment in this case, which arises under the Freedom of Information Act, 5 U.S.C. § 552, as amended. Good cause exists to grant this Unopposed Motion for an Extension of Time Within Which to Respond to Defendant's Motion for Summary Judgment.

1. Defendant filed a Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure on February 20, 2008.

2. Plaintiff's response is presently due on March 3, 2008.

3. On February 19, 2008, one (1) day before Defendant filed its Motion for Summary Judgment, Defendant released ninety-six (96) pages of previously-withheld documents to Plaintiff. In addition, as a part of its Motion for Summary Judgment, Defendant filed an eighteen (18) page <u>Vaughn</u> index in support of its Motion for Summary Judgment, which <u>Vaughn</u> index

sets forth the justification for exemptions claimed for withholding and redacting almost one hundred (100) pages of responsive documents.

4. In order to properly review and analyze the ninety-six (96) pages of previously-withheld documents and Defendant's <u>Vaughn</u> index and to otherwise give proper attention to this important matter, Plaintiff requires a forty-five (45) day extension of time within which to respond to Defendant's Motion for Summary Judgment.

5. This Court previously granted Defendant an extension of time within which to file its Answer and two (2) extensions of time, totaling fifty-two (52) days, within which to file its Motion for Summary Judgment.

6. Plaintiff has contacted Defendant's counsel, Assistant United States Attorney John G. Interrante, on February 29, 2008. Mr. Interrante does not oppose this Motion. In exchange, Plaintiff has agreed that Defendant will have until May 16, 2008 to reply to Plaintiff's response to Defendant's Motion for Summary Judgment.

For these reasons, Plaintiff respectfully requests that the Court hereby grant this Unopposed Motion for an Extension of Time Within Which to Respond to Defendant's Motion for Summary Judgment. A proposed order is attached to this Motion.

Respectfully Submitted,

Dated: March 3, 2008

/s/ Charles D. Tobin
Charles D. Tobin (Bar No. 15919)
Holland & Knight LLP
2099 Pennsylvania Ave. N.W.
Suite 100
Washington, D.C. 20006
(202) 955-3000 Phone
(202) 955-5564 Fax
*Counsel for Plaintiff*

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMIR HUSSAIN,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY,<br><br>    Defendant. | Civil Action No. 07-1633 (PLF) |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Upon consideration of Plaintiff's Unopposed Motion for an Extension of Time Within Which to Respond to Defendant's Motion for Summary Judgment, finding that justice so requires, it is hereby

ORDERED that Plaintiff has until April 16, 2008 to respond to Defendant's Motion for Summary Judgment.

ORDERED that Defendant will have until May 16, 2008 to reply to Plaintiff's response to Defendant's Motion for Summary Judgment.

SO ORDERED, this _____ day of March, 2008

_____
HON. PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE