UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMIR HUSSAIN,<br><br>           Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)    Civil Action No. 07-1633 (PLF)<br>)<br>)<br>)<br>)<br>)<br>) |

## CONSENT MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant United States Department of Homeland Security ("Defendant" or "DHS"), respectfully moves, by and through undersigned counsel, for an enlargement of time to respond to Plaintiff's Rule 56(f) Motion to Stay Disposition of Defendant's Motion for Summary Judgment Pending Leave to Seek Discovery ("Stay Motion"). Specifically, Defendant requests that the Court extend the deadline for responding to Plaintiff's Motion from May 16, 2008, to May 22, 2008 -- a four (4) business day extension of time. Plaintiff, through his counsel, has graciously consented to the relief sought by this motion. The grounds for this Motion are set forth below.

This case arises out of Plaintiff's request, pursuant to the Freedom of Information Act ("FOIA"), for certain information allegedly maintained by the United States Customs and Immigration Service ("USCIS") concerning Plaintiff's alleged arrest and detention. On February 20, 2008, Defendant filed a Motion for Summary Judgment. Thereafter, on March 3, 2008, Plaintiff sought additional time to respond to such motion, which the Court granted on March 4, 2008. On April 16, 2008, Plaintiff filed his Stay Motion in response to Defendant's Motion for

Summary Judgment. Pursuant to the Court's Minute Order of March 4, 2008, Defendant currently has until May 16, 2008, to respond to Plaintiff's Stay Motion.

After Plaintiff filed his Stay Motion, AUSA John Interrante, who briefed Defendant's Motion for Summary Judgment and had day-to-day responsibility for this action since shortly after its inception, was forced to take extended medical leave. Due to Mr. Interrante's illness, undersigned counsel was thereafter transferred responsibility for this action within the United States Attorney's Office. Although undersigned counsel has been diligently reviewing materials relevant to this action, given the lateness of the transfer and matters and deadlines in other pending cases, defense counsel has been unable to complete an appropriate response to Plaintiff's Stay Motion. Accordingly, Defendant requests a brief extension of time to formulate an appropriate response.

This request is filed in good faith and will not unduly delay the Court's resolution of this matter. This motion represents Defendant's first request for an extension of this deadline, undersigned counsel's first request for an extension in this action, and, in total, Defendant's fourth request for an extension in this action. No other pending deadlines will be affected by granting the requested extension. Allowing Defendant a reasonable amount of additional time to evaluate Plaintiff's Stay Motion and prepare an appropriate response serves the interests of the parties and the Court.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for responding to Plaintiff's Stay Motion be extended to, and including, May 22, 2008. A proposed order is attached.

Dated: May 15, 2008
       Washington, DC

                                    Respectfully submitted,

                                    JEFFREY A. TAYLOR, D.C. BAR #498610
                                  United States Attorney

                                  RUDOLPH CONTRERAS, D.C. BAR #434122
                                  Assistant United States Attorney

                                            /s/
                                  BRIAN P. HUDAK
                                  Assistant United States Attorney
                                  555 4th Street, NW
                                  Washington, DC 20530
                                  (202) 514-7143

                                  *Attorneys for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMIR HUSSAIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> HOMELAND SECURITY, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 07-1633 (PLF) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's consent motion for an enlargement of time to respond to Plaintiff's Stay Motion, and for good cause shown, it is hereby:

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that Defendant shall have through, and including, May 22, 2008, to respond to Plaintiff's Stay Motion.

_____                            _____
Date                                                              PAUL L. FRIEDMAN
                                                                       United States District Judge

Copies to Counsel of Record by CM/ECF